UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMAR JOHNSON,

Plaintiff,

Case No. 3:26-cv-104

vs.

MATTHEW P. BROWN, *et al.*,

Defendants.

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**PRELIMINARY PRETRIAL CONFERENCE ORDER**

---

The Court has reviewed the parties' joint Rule 26(f) report (Doc. No. 5) and, unless otherwise noted herein, adopts the discovery plan and limitations proposed by the parties, as well as all deadlines set forth therein. Pursuant to the Court's Standing Order Governing Civil Cases (eff. August 27, 2025),[1] this case is referred to United States Magistrate Judge Peter B. Silvain, Jr. to manage or resolve any discovery disputes that might arise.

The specific case management dates and deadlines in this case are as follows:

| | | |
|---|---|---|
| 1. | Motions directed to the pleadings (*i.e.*, motions to dismiss): | **August 14, 2026** |
| 2. | Disclosure of lay witnesses: | **March 30, 2027** |

[1] The Standing Order Governing Civil Cases can be found on the Court's website at https://www.ohsd.uscourts.gov/FPNewman.

| | | |
|---|---|---|
| 3. | Status conference(s)[2] with Magistrate Judge Silvain: | **To be set by Magistrate Judge Silvain** |
| 4. | Primary expert designations: | **August 26, 2027** |
| 5. | Rebuttal expert designations: | **October 29, 2027** |
| 6. | Discovery cut-off: | **January 14, 2028** |
| 7. | Dispositive motions (*i.e.*, summary judgment motions)[3]: | **February 11, 2028** |

**Discovery:** The parties are reminded of their continuing duty to update their discovery responses pursuant to Fed. R. Civ. P. 26(e). This includes responses to initial disclosures pursuant to Rule 26(a), as well as interrogatories, requests for production, and requests for admission. All discovery must be completed, not just requested, by the discovery deadline. No discovery from any source shall be requested or received, or any depositions occur, after the discovery deadline. For such late discovery to occur, the requesting party must seek leave of court to amend the discovery deadline for that limited purpose. The Court may disregard—on summary judgment, at trial, or otherwise—any information or documents obtained, received, or produced after the discovery deadline.

**Court Assistance Regarding Discovery:** The parties may jointly contact chambers of the assigned United States Magistrate Judge and request an informal discovery dispute conference (*see* S.D. Ohio Civ. R. 37.1) only after having exhausted all extrajudicial means[4] for resolving such dispute(s).

---

[2] Approximately midway through the discovery phase of the case, counsel for the parties shall meet with the Magistrate Judge in person or by telephone conference to address whether: (1) the parties will complete discovery by the discovery deadline; (2) the parties have encountered any discovery dispute(s), and whether such dispute(s) may be resolved by informal discussion with the Magistrate Judge pursuant to S.D. Ohio Civ. R. 37.1; and (3) any dates in the Scheduling Order should be amended. Additionally, counsel shall schedule with the Magistrate Judge a mediation settlement conference prior to filing a motion for summary judgment.

[3] Should a trial be necessary, the Court will convene the parties at the appropriate time to schedule final pretrial conference and trial dates.

[4] The undersigned interprets the phrase "all extrajudicial means" to require both telephonic and written communication between the parties.

**Protective Orders:** Should the parties require a Protective Order governing the exchange of confidential information in discovery, form Orders are available on the Court's website at: https://www.ohsd.uscourts.gov/ohio-southern-district-forms.

**Settlement:** Referral of this case for mediation is available upon the parties' request. If the parties would like a referral for mediation by the Court, counsel may email the chambers of the undersigned (newman_chambers@ohsd.uscourts.gov). If the parties settle this case on their own, they shall inform the Court as soon as possible.

**Opportunities for Oral Arguments by Newer Attorneys:** The Court reminds the parties of the Standing Order allowing newer attorneys (who have graduated from law school within the past six years) to argue a motion (https://www.ohsd.uscourts.gov/FPNewman).

**IT IS SO ORDERED.**

July 1, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge